FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Grand Jury Subpoena<br>Issued to Glassdoor, Inc. | GJ Subpoena No. 16-03-217<br>(Assigned to Honorable Diane J. Humetewa<br>United States District Judge)<br>**ORDER** |

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED:

1. Glassdoor, Inc. ("Glassdoor") is found in civil contempt of the Court's sealed order dated May 10, 2017.

2. Glassdoor is assessed sanctions of $5,000 per day, payable to the United States, until it complies with the Court's order.

3. These civil contempt sanctions against Glassdoor are stayed pending appeal of the Court's ruling, provided that Glassdoor files a notice of appeal within two business days of this order and supports priority review consistent with Ninth Circuit Rule 34-3. The sanctions shall begin accruing after five business days of the filing of an opinion or memorandum decision by the Court of Appeals if the Court of Appeals affirms this Court's order and Glassdoor does not fully comply with this Court's order.

4. During the pendency of the appeal and any related proceedings, Glassdoor shall preserve all information called for by subpoena 16-03-217 (as limited by the government to seek responsive information only as to the eight reviews identified in its annex).

5. This order constitutes a final and appealable judgment of contempt.

DATED this \_\_\_5th\_\_\_ day of June, 2017.

Hon. Diane J. Humetewa
United States District Judge

cc: ALL COUNSEL