ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
GARY M. RESTAINO
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov
ANDREW C. STONE
Arizona State Bar No. 026543
Andrew.Stone@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

In re: Grand Jury Subpoena
Issued to Glassdoor, Inc.

GJ Subpoena No. 16-03-217
(Assigned to Honorable Diane J. Humetewa
United States District Judge)

**AMENDED STIPULATION FOR THE ENTRY OF A JUDGMENT OF CIVIL CONTEMPT**

(Filed Under Seal)

In response to the Court's order of May 10, 2017 denying quashal of grand jury subpoena 16-03-217, the United States of America and Glassdoor, Inc. ("Glassdoor") stipulate as follows:

1. Glassdoor does not intend to comply with the Court's order, or to produce documents responsive to subpoena 16-03-217 (as limited to the eight reviews identified in the annex to the subpoena), until it has exercised its right to appeal this Court's order to the Ninth Circuit.

2. To ensure the existence of a final, appealable order, *see, e.g.*, *Cobbledick v. United States*, 309 U.S. 323, 328 (1940), Glassdoor waives a hearing on contempt and submits to entry of judgment of contempt on the terms set forth herein.

3. The parties agree to a sanction against Glassdoor of $5,000 per day, payable to the United States. In an effort to balance Glassdoor's appellate rights with the

government's rights and need to use the material subpoenaed in the course of its grand jury investigation, the parties also agree that sanctions should be stayed provided that Glassdoor files a notice of appeal within two business days of an order adjudging Glassdoor in contempt of court and provided that Glassdoor supports priority review consistent with Ninth Circuit Rule 34-3. The parties further agree that the sanctions shall begin accruing after five business days of the filing of an opinion or memorandum decision by the Court of Appeals if the Court of Appeals affirms this Court's order and Glassdoor does not fully comply with this Court's order.

4. During the pendency of the appeal and any related proceedings, Glassdoor shall preserve all information called for by subpoena 16-03-217 (as limited by the government to seek responsive information only as to the eight reviews identified in its annex).

Respectfully submitted this 2nd day of June, 2017.

| | |
|---|---|
| ELIZABETH A. STRANGE<br>Acting United States Attorney<br>District of Arizona<br><br>/s/ *signature*<br>GARY M. RESTAINO<br>ANDREW C. STONE<br>Assistant U.S. Attorneys | PERKINS COIE, LLP<br><br><br><br>s/ with permission<br>TODD M. HINNEN<br>Counsel for Glassdoor |