# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Grand Jury Subpoena, Issued to Glassdoor, Inc., | No. MC-17-36-PHX-DJH<br><br>**ORDER** |

The Court has reviewed the parties' Stipulated Motion to Unseal dated June 7, 2017. Finding good cause for the requests, **IT IS ORDERED**:

1. This case shall be partially unsealed. All individual docket entries will remain separately sealed, except for:

    a. the parties June 2, 2017 Stipulation regarding entry of an order of contempt;

    b. the Court's June 5, 2017 Order of contempt;

    c. the parties June 7, 2017 Stipulated Motion to Unseal;

    d. the redacted packet of filings attached as Exhibit A to the parties' June 7, 2017 Stipulated Motion to Unseal; and

    e. this Order

///
///
///

**IT IS FURTHER ORDERED** that any future filings made in this case shall be accompanied by a motion to seal pursuant to LRCiv 5.6.

Dated this 12th day of June, 2017.

*[signature]*
Honorable Diane J. Humetewa
United States District Judge